FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L
2005 JUN 29 AM 9:01
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAN ARVIE | * | NO: 05-2664 |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| DIAMOND OFFSHORE DRILLING, INC. | * | MAGISTRATE: SECT. L MAG. 2 |
| | * | |

*************************************************************************

**SEAMAN'S COMPLAINT FOR DAMAGES**

The Complaint of **DAN ARVIE,** a person of the full age of majority with respect represents:

**I.**

Defendant, **DIAMOND OFFSHORE DRILLING, INC.**, (hereinafter "**DIAMOND**") a foreign corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Jurisdiction of this Court is invoked under the Jones Act, General Maritime Law and diversity.

✓ Fee $250.00
Process BCD
X Dktd
CtRmDep
Doc. No

**III.**

On or about November 19, 2004, **DAN ARVIE** was employed by **DIAMOND,** as a Jones Act Seaman aboard the *M/V* OCEAN LEXINGTON.

**IV.**

At all pertinent times hereto **DIAMOND** owned, operated and/or controlled the *M/V* OCEAN LEXINGTON which was at all pertinent times a vessel in navigation.

**V.**

On or about November 19, 2004, plaintiff **DAN ARVIE** experienced an accident which resulted in serious painful injuries to his left foot while employed by **DIAMOND** and while being supervised by **DIAMOND**.

**VI.**

Upon information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **DIAMOND** in the following, non-exclusive respects:

a) Breach of a legally imposed duty of reasonable care owed by the Defendant to the Petitioner;

b) Failure to provide a reasonably safe place to work;

c) Failure to properly train and supervise plaintiff;

d) Failure to take any means or precautions for the safety of defendant's employees, including plaintiff;

e) Creation and maintenance of an unseaworthy vessel;

f) Failure to provide minimum safety requirements;

g) Failure to provide adequate equipment for the job in question;

h) Failure to provide adequate personnel for the job in question;

i) Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

**VII.**

As a direct result of the negligence of the defendant and the unseaworthiness of the vessel, Plaintiff is entitled to recover from the Defendant reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

(1) Past, present and future physical, mental and emotional pain and suffering in an amount not less than $500,000.00;

(2) Past, present and future loss of wages, fringe benefits and wage earning capacity in an amount not less than $500,000.00;

(3) Past and future physical disability in an amount not less than $500,000.00;

(4) Past, present and future medical expenses in an amount not less than $150,000.00; and

(5) All other special and general damages as will be shown at the trial of this matter.

**VIII.**

Pursuant to the General Maritime Law of the United States of America, **DIAMOND** had and continues to have the absolute and nondelegable duty to provide Petitioner with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

**IX.**

As a result of the aforementioned accident, Plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**X.**

Therefore, the plaintiff prays for the payment of past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which plaintiff is entitled. Should defendant **DIAMOND** fail to honor its maintenance and cure obligation, the plaintiff is entitled to attorney's fees, damages and an additional compensatory award for any acts of negligence on the part of the defendant which would result in a deterioration of the plaintiff's medical condition.

**XI.**

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** Plaintiff prays that Defendant **DIAMOND OFFSHORE DRILLING, INC.** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had and trial by jury, there be Judgment herein in favor of the Plaintiff, **DAN**

**ARVIE**, and against the Defendant, **DIAMOND OFFSHORE DRILLING, INC.**, for all damages to which the Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

Respectfully Submitted,

TIMOTHY J. YOUNG (22677)
ROBERT J. YOUNG, JR. (13763)
N. HUSTED DERUSSY (27793)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

05-2664

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as requir[ed] by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the u[se] of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

DAN ARVIE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Louisiana
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

SECT. L MAG. 2

DIAMOND OFFSHORE COMPANY

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Louisiana
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(C) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
TIMOTHY YOUNG
THE YOUNG FIRM
400 POYDRAS STREET SUITE 2090
NEW ORLEANS, LA. 70130 (504)680-4100

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN -X- IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item 111)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X- IN ONE BOX FOR PLAINT[IFF] AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DE[F] |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

**IV. ORIGIN** *(PLACE AN -X- IN ONE BOX ONLY)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ a Multidistrict Litigation
- ☐ 7 Appeal to Distr[ict] Judge from Magistrate Judgment

**V. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 1 So Recovery of Overpayment & Enforcement of Judgment
- ☐ I 51 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ I 95 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 31 5 Airplane Product Liability
- ☐ 320 Assault Libel & Slander~
- ☐ 330 Federal Employers' Liability
- ☒ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury" - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 51 0 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/1PENALTY**
- ☐ 61 0 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Heafth
- ☐ 690 Other

**LABOR**
- ☐ 71 0 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt.. Relations
- ☐ 730 Labor/Mgmy.t Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl Ret Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third 26 LISC 7609 Party

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 41 0 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/LCC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 81 0 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 LISC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilizationl' 'on Act
- ☐ SW Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ SW Freedom of Information Act
- ☐ 900 Appeal of Fee Determinatio[n] Under Equal Access to Justi[ce]
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

DIVERSITY

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 1,650,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY** JUDGE ______ DOCKET NUMBER ______

DATE 6/28/05

SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______