UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DAN ARVIE

VERSUS

DIAMOND OFFSHORE DRILLING, INC.

CIVIL ACTION

NO. 05-2664

SECTION "F"

VERDICT FORM

1. Do you find from a preponderance of the evidence that defendant was negligent under the Jones Act and that such negligence was a cause in whole or in part of the injury to plaintiff Dan Arvie?

YES______ NO ✓

If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO" to Question 1, then proceed to Question 4.

2. Do you find from a preponderance of the evidence that the plaintiff Dan Arvie was himself negligent and that his contributory negligence was a proximate cause of his injuries?

YES______ NO______

If you answered "YES" to Question 2, proceed to Question 3. If you answered "NO" to Question 2, proceed to Question 4.

3. If you answered "YES" to Question 2, what portion or percentage of plaintiff's damage do you find to have resulted from the negligence of the parties:

(a) the plaintiff Dan Arvie was ______% negligent;

(b) the defendant was ____% negligent;

(Note: The total percentage given in your answer must equal 100%).

Proceed to Question 4.

4. Do you find from a preponderance of the evidence that the vessel, the OCEAN LEXINGTON, was unseaworthy and that such unseaworthiness was the proximate cause of plaintiff Dan Arvie's injuries?

YES______ NO ✓______

If you answered "YES" to Question 4, proceed to Question 5. If you answered "NO" to Question 4, but "YES" to Question 1, proceed to Question 5. If you answered "NO" to both Question 1 and Question 4, then proceed to Question 6.

5. If you answered "YES" to Question 1, 4, or both, indicate in dollars the amount of damages, if any, you find from a preponderance of the evidence that the plaintiff suffered as a result of defendant's negligence and/or the vessel's unseaworthiness.

Past medical expenses: $________________

Future medical expenses: $________________

Past lost wages: $________________

Future lost wages: $________________

Past, present, and future physical pain and suffering $________________

Past, present, and future emotional/mental suffering $________________

Loss of enjoyment of life $________________

TOTAL $________________

Proceed to Question 6.

6. Do you find from a preponderance of the evidence that the plaintiff Dan Arvie was injured while working on the OCEAN LEXINGTON and is therefore entitled to maintenance and cure?

YES______ NO ✓

If you answered "YES" to Question 6, then proceed to Question 7. If you answered "NO" to Question 6, proceed to the end of this form and skip the remaining questions. Date the form, sign it, and return to the Courtroom.

7. If you answered "YES" to Question 6, do you find that the plaintiff has reached maximum medical cure with regard to his injury so that the defendant is no longer obligated to pay maintenance and cure? (If you answer "YES" to this Question 7, please note the date on which you find the plaintiff reached maximum medical cure).

YES______ (maximum cure reached on _/_/_) NO______

If you answered "YES" to Question 7, then proceed to Question 9. If you answered "NO" to Question 7, proceed to Question 8.

8. What is the daily rate of maintenance, and the total amount of cure owed by defendants to plaintiff Dan Arvie?

(Note that if you awarded lost wages or medical expenses as a result of negligence or unseaworthiness under Question 5, you may not so award such damages for maintenance and cure for the same time period).

$__________ (maintenance)
$__________ (cure)

Proceed to Question 9.

9. Do you find from a preponderance of evidence that defendant's withholding of (or ceasing to pay) maintenance and cure was unreasonable and resulted in some injury to the plaintiff?

YES______ NO______

If you answered "YES" to Question 9, proceed to Question 10. If you answered "NO" to Question 9, proceed to the end of this form and skip the remaining questions. Date the form, sign it, and return to the Courtroom.

10. If you answered "YES" to Question 9, what amount of money do you find will compensate plaintiff Dan Arvie for any withholding of maintenance and cure that aggravated or prolonged plaintiff's medical condition?

$____________

11. If you answered "YES" to Question 9, do you find from a preponderance of evidence that defendant's withholding of maintenance and cure was wilfull and deliberate?

YES______ NO______

If you answered "YES" to Question 10, then proceed to the end of this form and skip the remaining question. Date the form, sign it, and return to the Courtroom. (The Court will determine the amount of attorney's fees owing after the trial.)

Foreperson, please sign and date this form and return with it to the Courtroom.

New Orleans, Louisiana, this 8 day of November, 2006.

[signature]

FOREPERSON

Dennis J. Marsh