UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAN ARVIE | CIVIL ACTION |
| VERSUS | NO. 05-2664 |
| DIAMOND OFFSHORE DRILLING | SECTION "F" |

**J U D G M E N T**

This matter came on for trial with a jury on November 6, 2006. Considering the answers to the Verdict Form and the Court's directive to enter judgment, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Diamond Offshore Drilling, and against plaintiff, Dan Arvie, dismissing plaintiff's suit with costs.

New Orleans, Louisiana, this 9th day of November, 2006.

Martin L. C. Feldman

UNITED STATES DISTRICT JUDGE